UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON PARRY,

        Plaintiff,

v.

JOB.COM, INC., et al.,

        Defendants.
_____/

Case No. 1:24-cv-00803-HYJ-RSK

Hon. Hala Y. Jarbou

### ORDER

The Court having reviewed Defendant HealthEquity, Inc.'s Motion for Protective Order to Stay Discovery (ECF No. 26), **IT IS ORDERED** that Defendant's motion (ECF No. 26) is **DENIED**.

IT IS SO ORDERED.

Dated: February 28, 2025

                                                                /s/ Hala Y. Jarbou
                                                                HALA Y. JARBOU
                                                                Chief United States District Judge